AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROY MANDELL SMITH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-148

WILLIAM BOWMAN, Liberty County Sheriff; TOM DURDEN, Liberty County District Attorney; and CHARLES PAUL ROSE, JR., Liberty County Judge,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 28, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's claims against Defendants Tom Durden and Charles Paul Rose, Jr are dismissed, and his claims against Defendant William Bowan are dismissed without prejudice. This civil action stands closed.



August 28, 2023       John E. Triplett, Clerk of Court
*Date*      *Clerk*

*(By)* Deputy Clerk

GAS Rev 10/2020