IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROY MANDELL SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM BOWMAN, Liberty ) <br> County Sheriff; TOM DURDEN, ) <br> Liberty County District ) <br> Attorney; and CHARLES PAUL ) <br> ROSE, JR., Liberty County ) <br> Judge, ) <br> ) <br> Defendants. ) | CASE NO. CV423-148 |

## ORDER

This case was closed by Order of this Court dated August 28, 2023. Plaintiff has filed what he states as "Motion for the U.S. District Judge to Set a Trial Date for a Jury to Decide this Case". The motion is **DENIED** and the Clerk of Court is directed not to accept any future filings from the Plaintiff in this closed case.

SO ORDERED this 7th day of September 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA